**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM,

   Plaintiff,

  v.

PEOPLE OF THE UNITED STATES,

   Defendant.
              /

No. C 07-5571 SI (pr)

**JUDGMENT**

This action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2007

              _____
              SUSAN ILLSTON
              United States District Judge