UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBALM, | No. C 07-5571 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PEOPLE OF THE UNITED STATES, | |
| Defendant. / | |

This action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2007

_____
SUSAN ILLSTON
United States District Judge